FELIX J. GALLAGHER, Respondent, *v.* WILLIAM C. BRYANT et al., Appellants.

*Gallagher* v. *Bryant,* 44 App. Div. 527, affirmed.
(Argued April 17, 1900; decided May 1, 1900.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, made November 21, 1899, reversing an interlocutory judgment of Special Term sustaining a demurrer to the complaint.

The question certified was as follows: "Does the complaint state facts sufficient to constitute a cause of action?"

*George H. Fisher* for appellants.

*Charles Lex Brooke* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative on opinion below.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Dissenting: O'BRIEN, J.